# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:18CR257 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CHRISTIAN MOLINA, | |
| Defendant. | |

Before the Court are the Findings and Recommendation (F&R) of Magistrate Judge Susan M. Bazis, ECF No. 31. The F&R recommends that the Defendant's Motion to Suppress, ECF No. 21, be granted. No objections to the F&R have been filed within the time designated by the Court's Extension Order, ECF No. 33. After a review of the Court record in this matter, including the Magistrate Judge's very thorough and well-reasoned F&R,

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation, ECF No. 31, are adopted; and
2. The Defendant's Motion to Suppress, ECF No. 21, is granted.

Dated this 30th day of April 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge