# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **8:18CR257** |
| Plaintiffs, | |
| vs. | **ORDER** |
| CHRISTIAN MOLINA, | |
| Defendant. | |

This matter is before the Court on the government's Motion for Dismissal without prejudice (Filing No. 36).  Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment, without prejudice, against the above-named Defendant.

IT IS ORDERED that the government's Motion for Dismissal without prejudice (Filing No. 36) is granted as to this defendant only.

Dated this 6th day of June 2019.

BY THE COURT:

s/ Laurie Smith Camp
_____
Laurie Smith Camp
Senior United States District Judge